| | |
|---|---|
| | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CRISTIAN BERRELLEZA-VERDUZCO,<br>VICTOR BERRELLEZA-VERDUZCO,<br>ENRIQUE MAGANA-GUZMAN, and<br>JUAN CARLOS LUGO ACOSTA,<br>Defendants. | NO.  CR12-0062RSL<br><br>ORDER GRANTING LEAVE<br>TO FILE<br>OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief (Dkt. # 783), enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States' to file its Response to Defendant Juan Carlos Lugo Acosta's Motion to Suppress (Dkt. # 760); Defendant Victor Berrelleza-Verduzco's Second Motion to Suppress (Dkt  # 768); and Defendant Cristian Berrelleza-Verduzco's Motion to Suppress (Dkt. # 771)) in excess of 12 pages, but no more than 24 pages.

Order for Leave to File Over-Length Brief
*United States v. Berrelleza-Verduzco, et al*
CR12-0062RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 12th day of April, 2013.

2

3

4

5                                    _____
                                     Robert S. Lasnik
6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Leave to File Over-Length Brief
*United States v. Berrelleza-Verduzco, et al*
CR12-0062RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970