The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) VICTOR BERRELLEZA-LEAL,<br>(6) JOSE RODLOFO GARCIA BERRELLEZA,<br>(7) JOHN DOE I,<br>(14) RIGOBERTO BERRELLEZA-COTA, and<br>(15) JOSE CASILLAS,<br><br>Defendants. | No. CR12-62RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to the following fugitive defendants:

(1) VICTOR BERRELLEZA-LEAL,
(6) JOSE RODLOFO GARCIA BERRELLEZA,
(7) JOHN DOE I,
(14) RIGOBERTO BERRELLEZA-COTA, and
(15) JOSE CASILLAS,

//
//
//

Order of Dismissal -- 1
*United States v. Berrelleza-Leal, et al,* CR12-62RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendants are dismissed, without prejudice.

The outstanding warrants in the above-captioned case shall be quashed.

DATED this 30th day of May, 2024.

_____
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Berrelleza-Leal, et al,* CR12-62RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970